UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JOAN MARIE LAMONT,<br>             Plaintiff, | 6:18-CV-00984-HZ |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY,<br>             Defendant. | ORDER |

It is hereby ORDERED that attorney fees in the amount of $2,548.62 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293.  If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this 22 day of ___Niv___, 2019.

_____
Marco A. Hernandez
United States District Judge

Submitted by:

Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff